1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SAGE D. KAVENY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700

7  Attorneys for Defendant
   JOHN M. BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-0057-GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE TRIAL CONFIRMATION HEARING AND JURY TRIAL |
| JOHN M. BELL, | |
| Defendant. | Date: May 14, 2012<br>June 4, 2012<br>Time: 9:00 a.m.<br>Judge: Gregory G. Hollows |

The United States Attorney through his respective counsel, ALEX LOZADA, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for JOHN M. BELL, and Certified Student Attorney, SAGE D. KAVENY, hereby stipulate to continue the trial confirmation hearing set for March 19, 2012 at 9:00am and the jury trial set for April 12, 2012 at 9:00am. Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by granting the continuance outweigh the best interests of the

public and the defendant in a speedy trial.  Counsel requests additional time for continued plea negotiations.

Accordingly, the parties jointly request that the trial confirmation hearing be continued to May 14, 2012 at 9:00am, and the jury trial be continued to June 4, 2012 at 9:00am.

Dated: March 16, 2012                Respectfully submitted,


                                     DANIEL BRODERICK
                                     Federal Defender


                                     /s/ Linda C. Harter
                                     LINDA C. HARTER
                                     Assistant Federal Defender
                                     Attorney for JOHN M. BELL


Dated: March 16, 2012                BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Alex Lozada
                                     ALEX LOZADA
                                     Special Assistant U.S. Attorney




**IT IS SO ORDERED.**



DATED: March 20, 2012
                                      /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE