```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ALEX LOZADA
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone: (916) 554-2806
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )
12           Plaintiff,            )  2:12-CR-00057-GGH
                                   )
13      v.                         )  STIPULATION AND ORDER TO DISMISS
                                   )  WITHOUT PREJUDICE
14  JOHN M. BELL,                  )
                                   )  DATE:  May 14, 2012
15           Defendant.            )  TIME:  9:00 a.m.
                                   )  JUDGE: Hon. Gregory G. Hollows
16  _____ )
```

17    IT IS HEREBY STIPULATED and agreed to between the plaintiff

18 United States of America, by and through its undersigned

19 attorney, and defendant, JOHN M. BELL, by and through his

20 undersigned attorney, that this action shall be dismissed without

21 prejudice.  In addition, the parties hereby stipulate to vacate

22 the trial confirmation hearing currently scheduled for May 14,

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

1 | 2012 at 9:00 a.m. and the trial currently scheduled for June 4,
2 | 2012 at 9:00 a.m.

DATED: April 11, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Alex Lozada
ALEX LOZADA
Special Assistant U.S. Attorney

DATED: April 11, 2012  DANIEL J. BRODERICK
Federal Defender

(as authorized on 4/10/12)
By: /s/ Alex Lozada
LINDA HARTER
Attorney for Defendant

ORDER

IT IS SO ORDERED.

DATED: April 16, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE